**No. 45114.**—Protest 43723–K of N. Y. Mdse. Co., Inc. (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel that the atomizers are in chief value of decorated glass the claim at 60 percent under paragraph 218 (f) was sustained.   Abstract 44140 followed.

**No. 45115.**—Protest 951502–G of B. Altman & Co. (New York).

Opinion by Oliver, P. J.   It was stipulated that the atomizers in question are in chief value of glass.   The claim at 60 percent under paragraph 218 (f) was therefore sustained.   Abstract 44140 followed.

Before the Second Division, January 7, 1941

**No. 45116.**—Protests 772757–G, etc., of Amer. Cord & Webbing Co. et al. (New York).

Opinion by Kincheloe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, January 7, 1941

**No. 45117.**—Protest 38724–K of Leacock & Co., Inc. (New York).

Opinion by Evans, J.   In view of stipulation of counsel it was held that the date of sailing of the vessel was September 5, 1939, and that the currency value should have been converted at the rate of $.037250.   The protest was sustained.

**No. 45118.**—Protests 22057–K, etc., of Fung Chong & Co. et al. (San Francisco).

Opinion by Evans, J.   On the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) and Abstract 44821 certain of the merchandise was held entitled to free entry as crude drugs under paragraph 1669 and other items were held dutiable at 10 percent ad valorem under paragraph 34 in accordance with stipulation of counsel.